**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 25, 2026
Docket #: 26-1613
Short Title: Mayancela Saula v. Marich

DC Docket #: 1:26-cv-453
DC Court: WDNY (BUFFALO)
DC Judge: Trial Judge - John L. Sinatra

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8503.