## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Mayancela Saula v. Marich

Docket No.: 26-1613

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Daniel B. Moar, Assistant U.S. Attorney

Firm: US Attorney's Office - Western District of New York

Address: 138 Delaware Avenue, Buffalo, NY 14202

Telephone: (716) 843-5833          Fax: (716) 843-3052

E-mail: daniel.moar@usdoj.gov

Appearance for: Appellee: Markwayne Mullin, Todd Blanche, Tammy Marich, Joseph E. Freden, David J. Venturella
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Tiffany H. Lee, AUSA _____ )
(name/firm)

☐ Amicus (in support of : _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 1/31/2024 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Daniel B. Moar

Type or Print Name: Daniel B. Moar, Assistant U.S. Attorney