# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand twenty-six.

Before:      Steven J. Menashi,
             *Circuit Judge.*

_____

Joseph Ismael Mayancela Saula,

        Petitioner - Appellant,

   v.

Tammy Marich, in her official capacity as Acting Field Office Director, Buffalo Field Office, Enforcement and Removal Operations, U.S. Immigration & Customs Enforcement, Joseph E. Freden, in his official capacity as Deputy Field Office Director of the Buffalo Federal Detention Facility, David J. Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, Markwayne Mullin, Secretary of Homeland Security, in his official capacity, Todd Blanche, Acting United States Attorney General, in his official capacity,

        Respondents - Appellees.

_____

**ORDER**

Docket No. 26-1613

Appellant moves for leave to file a motion for release pending appeal and a supporting exhibit under seal.

IT IS HEREBY ORDERED that the motion is GRANTED

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court