W.D.N.Y. – Buffalo
26-cv-453
Sinatra, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand twenty-six.

Present:
Joseph F. Bianco,
Steven J. Menashi,
Maria Araújo Kahn,
*Circuit Judges*.

Joseph Ismael Mayancela Saula,

*Petitioner-Appellant*,

v. 26-1613

Tammy Marich, in her official capacity as Acting Field Office Director, Buffalo Field Office, Enforcement and Removal Operations, U.S. Immigration & Customs Enforcement, Joseph E. Freden, in his official capacity as Deputy Field Office Director of the Buffalo Federal Detention Facility, David J. Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, Markwayne Mullin, Secretary of Homeland Security, in his official capacity, Todd Blanche, United States Attorney General, in his official capacity,

*Respondents-Appellees*.*

Petitioner moves under Federal Rule of Appellate Procedure 23(b) for an order releasing him pending a decision by the Court of Appeals regarding the district court's denial of his habeas corpus petition.

* The Clerk of Court is respectfully directed to amend the caption as set forth above.

Upon due consideration, it is hereby ORDERED that the motion is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/12/2026